# UNITED STATES DISTRICT COURT
### for the
### District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

ABID SYED
*Defendant*

MAGISTRATE JUDGE: JAMES B. CLARK, III

CASE NO.: 22-mj-12096-JBC-1

DATE OF PROCEEDINGS: 4/12/2022

DATE OF ARREST: 4/12/2022

**PROCEEDINGS:** Initial Appearance

- [x] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD [ ] CJA
- [x] WAIVER OF HRG: [x] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER:

- [ ] TEMPORARY COMMITMENT
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [x] BAIL SET: $150,000
  - [x] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [x] TRAVEL RESTRICTED: NJ
- [x] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [x] SURRENDER AND/OR OBTAIN NO PASSPORT
- [x] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.   DATE:
- [ ] DETENTION/BAIL HRG.   DATE:
- [ ] TRIAL: [ ] COURT [ ] JURY   DATE:
- [ ] SENTENCING   DATE:
- [ ] OTHER:   DATE:

**APPEARANCES:**

AUSA: Ryan O'Neill

DEFT. COUNSEL: Christopher Adams, Retained

PROBATION:

INTERPRETER
Language:

TIME COMMENCED: 2:33 p.m.
TIME TERMINATED: 2:59 p.m.
CD NO: Zoom

Stephen Bond
Stephen Bond, Deputy Clerk