UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge:  BRIAN R. MARTINOTTI                                    Date:   12/02/2025
Court Reporter:   RHEA MORALES                                 Docket No: 2:22-818-BRM-01

<u>Title of the Case</u>:

UNITED STATES OF AMERICA
v.
ABID SYED

<u>Appearances</u>:

Kruti D. Dharia, AUSA
Lee D. Vartan, Attorney for Defendant
Desmond Hammond, USPO

<u>Nature of Proceedings</u>:   Sentencing

Deft. Present
SENTENCE: Probation for a term of 1 Year on Count 1.
Special Assessment: $100 (due immediately)
Special Conditions:
- Cooperation with ICE

Fine:  Waived
Defendant was advised of his right to appeal.
Court ordered bail continued.

Commenced:   11:00 AM
Concluded:    11:35 AM

<u>Lissette Rodriguez, Courtroom Deputy</u>
to the Hon. Brian R. Martinotti U.S.D.J.